# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 11, 2007

Charles R. Fulbruge III
Clerk

No. 06-31282

HOPE MEDICAL GROUP FOR WOMEN, et al

Plaintiffs-Appellants-Cross-Appellees

v.

KIM EDWARD LEBLANC, M.D., et al

Defendants-Appellees-Cross-Appellants

Appeal from the United States District Court
of the Eastern District of Louisiana
USDC No. 06-CV-9176

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM:[*]

Having reviewed the district court's order, the parties' briefs, and the record, we find no reversible error. Accordingly, we AFFIRM.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.